United States District Court
Southern District of Texas
**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| MARIA DEL CORAL LEAL GARCIA, *Petitioner,* § § § | |
| V. § § | CIVIL ACTION NO. 4:25cv5387 |
| KRISTI LYNN NOEM, ET AL., *Respondents* § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 27, 2026 (Dkt. 22) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Petitioner, Maria Del Coral Leal Garcia's Petition for Writ of Habeas Corpus (Dkt. 1) is **DENIED AS MOOT**.

It is further **ORDERED** that the Federal Respondents' Motion to Dismiss (Dkt. 17) is **GRANTED**, the previously filed Motions to Dismiss (Dkt. 10 and 16) are **DENIED AS MOOT** and this case is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** at Houston, Texas this __*12th*__ day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE