United States District Court
Southern District of Texas
**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARIA DEL CORAL LEAL GARCIA, *Petitioner,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25cv5387 |
| | § | |
| KRISTI LYNN NOEM, ET AL., *Respondents.* | § | |

## FINAL JUDGMENT

In accordance with this Court's Order of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

Costs shall be taxed against Petitioner.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas this 2th day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE